UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiff<br><br>v.<br><br>ALISSA N. COHEN<br><br>Defendant | 2:19-cv-00289-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

**Address:  103 Norton Road, Kittery, ME 03904**
**Mortgage:  February 29, 2008, Book: 15369, Page:149**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on November 15, 2019 .  Plaintiff, Federal National Mortgage Association, was present and represented by John A. Doonan, Esq.  Defendant, Alissa N. Cohen, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or her heirs or assigns pay Federal National Mortgage Association ("Fannie Mae') the amount adjudged due and owing ($573,163.57) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Fannie Mae shall forthwith discharge the Mortgage and file a

dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $302,835.50 |
| Interest | $207,489.73 |
| Escrow Advances | $38,848.42 |
| Corporate Advances | $25,763.52 |
| Forbearance | $-1,773.60 |
| **Grand Total** | **$573,163.57** |

2. If the Defendant or her heirs or assigns do not pay Fannie Mae the amount adjudged due and owing ($573,163.57) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Kittery Property shall terminate, Fannie Mae shall conduct a public sale of the Kittery Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $573,163.57 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Fannie Mae may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $573,163.57.

5. Federal National Mortgage Association has first priority, in the amount of $573,163.57, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has been defaulted.

6. The prejudgment interest rate is 7.12500%, *see* 14 M.R.S.A. § 1602-B, and the post-

judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Alissa N. Cohen<br>11 Bond Street<br>Gloucester, MA 01930 | NA |

a) The docket number of this case is No. 2:19-cv-00289-LEW.

b) The Defendant, is the only party to these proceedings besides Fannie Mae, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 103 Norton Road, Kittery, ME 03904, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 103 Norton Road, Kittery, ME 03904. The Mortgage was executed by the Defendant on February 29, 2008. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15369, Page 149.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 103 Norton Road, Kittery, ME 03904.

**SO ORDERED**

Dated this 18th day of November, 2019.

                                            /s/ Lance E. Walker
                                            United States District Judge